EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI 2286
Chief, Narcotics Section

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 6 2005

at ___ o'clock and _19_ min. _a_ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05 00137 DAE |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | [21 U.S.C. § 841(a)(1)] |
| vs. ) | |
| ) | |
| CALVIN K. YOKOYAMA, ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about March 18, 2005, in the District of Hawaii, defendant CALVIN K. YOKOYAMA did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

The Grand Jury further charges that:

On or about March 22, 2005, in the District of Hawaii, defendant CALVIN K. YOKOYAMA did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

The Grand Jury further charges that:

On or about March 26, 2005, in the District of Hawaii, defendant CALVIN K. YOKOYAMA did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1)

## COUNT 4

The Grand Jury further charges that:

On or about March 29, 2005, in the District of Hawaii, defendant CALVIN K. YOKOYAMA did knowingly and intentionally possess with intent to distribute one thousand (1,000) grams or more of a mixture or substance containing a detectable amount of

heroin, a Schedule I controlled substance, that is, approximately ~~one~~ *seven hundred* thousand (~~1~~,700) grams of a mixture or substance containing a detectable amount of heroin.

All in violation of Title 21, United States Code, Section 841(a)(1)

DATE: April 6, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_[signature]_
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_[signature]_
THOMAS MUEHLECK
Assistant U.S. Attorney

<u>United States v. Calvin K. Yokoyama</u>
Cr. No. _____
INDICTMENT

3